PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Carol COPPING                                    Docket No. 2:10-cr-238-GMN-GWF-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Samira Barlow, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Carol Copping, who was placed under pretrial release supervision by Your Honor sitting in the Court at Las Vegas, Nevada on May 14, 2010 on a Personal Recognizance Bond, with the following conditions:

1. Pretrial Services supervision.
2. Maintain or actively seek employment.
3. Undergo mental health treatment as directed by Pretrial Services.
4. Maintain residence at the halfway house until directed by doctor to be released.

Respectfully presenting petition for action of Court and for cause as follows:

1. Based upon the defendant's compliance with the conditions of her release, Pretrial Services recommends that the defendant's conditions of release be modified to remove the following conditions: Pretrial Services supervision; maintain or actively seek employment; undergo mental health treatment as directed by Pretrial Services; and maintain residence at the halfway house until directed by doctor to be released

PRAYING THAT THE COURT WILL ORDER THAT: the defendant's conditions of release are modified to remove Pretrial Services supervision; maintain or actively seek employment; undergo mental health treatment as directed by Pretrial Services; and maintain residence at the halfway house until directed by doctor to be released

ORDER OF COURT

Considered and ordered this 25th day of October, 2011 and ordered filed and made a part of the records in the above case.

_____
Honorable Peggy A. Leen
United States Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 17th day of October, 2011.

Respectfully Submitted,

_____
Samira Barlow
United States Pretrial Services Officer

Place: Las Vegas, Nevada

____FILED       ____RECEIVED
____ENTERED     ____SERVED ON
            COUNSEL/PARTIES OF RECORD

OCT 2 5 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY